

FILED

OCT 1 2 2017

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | 17-po-5242-JTJ |
| --- | --- |
| Plaintiff, | VIOLATIONS: 6563177 |
| vs. | Location Code: M13 |
| CONNOR WILLIAMS, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the United States' motion to interlineate VN 6563177 (driving under the influence to an unsafe degree) to unsafe operation of a motor vehicle in violation of 36 CFR 4.22(b)(1) is GRANTED;

IT IS FURTHER ORDERED that the defendant shall pay a fine amount of $750 and a $30 processing fee for VN 6563177. The fine will be paid in full on or before October 12, 2017. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the defendant will submit documentation of successful completion of ACT or Prime for Life, or similar alcohol education course, to the Court on or before January 9, 2018. The defendant shall mail documentation to the Clerk of Court at the following address:

> Clerk of Court
> United States District Court
> Missouri River Courthouse
> 125 Central Avenue West, Suite 110
> Great Falls, MT 59404

The defendant shall pay any and all expenses incurred from completing the above referenced condition;

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for October 12, 2017, is VACATED.

DATED this 12th day of October, 2017.

John Johnston
United States Magistrate Judge